THE COMMERCIAL TRUST COMPANY OF NEW YORK, Appellant, v. COLUMBIA TRUST COMPANY, Respondent.— Judgment and order affirmed, with costs, on the authority of *East River Nat. Bank* v. *Columbia Trust Co.* (187 App. Div. 889). Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

JACOB HENIG and Another, Respondents, v. EDDY PALMER, Appellant, Impleaded with Another. — Determination affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.; Clarke, P. J., dissented.

INTERNATIONAL AGRICULTURAL CORPORATION, Respondent, v. GEORGIA FERTILIZER COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ. Smith, J., dissented with respect to the taxes, and voted to reduce the judgment by $512.50, the *pro rata* amount of the taxes upon the property while the tenant was in possession.

STANISLAUS DEMEK, an Infant, by FRANK DEMEK, His Guardian ad Litem, Appellant, v. BURNS BROTHERS, Respondent.— Judgment reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that upon this record it cannot be said that there was no evidence upon the issues of negligence and contributory negligence so as to warrant taking the determination thereof from the jury. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

LUCIANO D'ANTONIO, Appellant, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER SMITH, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

JOAQUIN A. DEOLIVEIRA BOTELHO, Respondent, v. JULIUS H. SIEBERT, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

GEORGE R. GORDON, Respondent, v. MARIE BRADY MURRAY, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $2,500; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith and Merrell, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Respondent, v. PARTOLA MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ROLF H. LINDEN, Appellant, v. COSTA CONSTANTINIDI and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.